Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
Two Renaissance Tower
One North Central Avenue, 18th Floor
Phoenix, AZ 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
Email: asamberg@fgppr.com

Casey G. Perkins, Esq.
Nevada Bar No 12063
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099
Email: cperkins@fgppr.com

*Attorneys for Philadelphia Indemnity Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARGENT PREPARATORY ACADEMY f/k/a/ SILVER STATE CHARTER SCHOOLS<br><br>Plaintiffs,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurance business corporation; and DOES I through XX,<br><br>Defendants. | Case No. 3:18-cv-00134-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Argent Preparatory Academy f/k/a Silver State Charter Schools and Defendant Philadelphia Indemnity Insurance Company, by and through the parties' respective counsel, pending the Court's approval, that the

date for Defendant to file their opposition to Plaintiff's Motion for Summary Judgment (the "Motion") be extended to August 20, 2018.

Pending the Court's approval, counsel for Plaintiff's has graciously agreed to a 3 business day extension, from the current deadline of August 15, 2018 to August 20, 2018. The Motion was filed on July 25, 2018. This request, which is the first request for an extension of the subject deadline, is made primarily in light of defense counsel's recent extensive travel schedule related to deposition discovery in other matters pending in this District and will ensure sufficient time to fully address the issues raised in the Motion.

The parties respectfully request that this Court approve the foregoing stipulation.

DATE: August 14, 2018                                DATE: August 14, 2018

HOLLY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON        FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ F. Thomas Edwards                            By: /s/ Casey G. Perkins
Richard F. Holley, Esq.                              Amy M. Samberg, Esq.
Clark V. Vellis, Esq.                                Two North Central Avenue, 18th Floor
F. Thomas Edwards, Esq.                              Phoenix, AZ 85004
800 S. Meadows Parkway
Reno, NV 89521                                       Casey G. Perkins, Esq.
*Attorneys for Plaintiff*                            2200 Paseo Verde Parkway, Suite 280
                                                     Henderson, NV 89052
                                                     *Attorneys for Philadelphia Indemnity Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

DATED this 27th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested, in this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** by the method indicated:

_____  U.S. Mail

_____  Facsimile Transmission

\_\_XXX\_\_\_  Electronic Filing via EC/CMF electronic system

and addressed to the following:

Richard F. Holley, Esq.
Clark V. Vellis, Esq.
F. Thomas Edwards, Esq.
HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON
800 S. Meadows Parkway
Reno, Nevada 89521

*Attorneys for Plaintiffs*

DATED:  August 14, 2018

                                                              /s/ Rita Tuttle
                                                      An Employee of Foran Glennon