RICHARD F. HOLLEY, ESQ.
Nevada Bar No. 3077
E-mail: rholley@nevadafirm.com
CLARK V. VELLIS, ESQ.
Nevada Bar No. 5533
E-mail: cvellis@nevadafirm.com
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
E-mail: mayers@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
800 S. Meadows Parkway
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARGENT PREPARATORY ACADEMY f/k/a SILVER STATE CHARTER SCHOOLS,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurance business corporation; and DOES I through XX,<br><br>Defendants. | Case No.:3:18-cv-00134-MMD-WGC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR ARGENT PREPARATORY ACADEMY f/k/a SILVER STATE CHARTER SCHOOLS TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND TO FILE ITS OPPOSITION TO DEFENDANT'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Plaintiff ARGENT PREPARATORY ACADEMY f/k/a SILVER STATE CHARTER SCHOOLS ("Plaintiff"), and Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("Philadelphia"), by and through their respective counsel of record, stipulate and agree to extend the deadline by a week for Plaintiff to filed its Reply in Support of

its Motion for Summary Judgment ("Reply", ECF No. 14) and its Opposition to Philadelphia's Countermotion for Summary Judgment ("Opposition", ECF No. 19). Currently, Plaintiff's Reply is due on September 4, 2018, but would be extended to on or before September 11, 2018. The Opposition is due September 10, 2018 but would be extended until on or before September 17, 2018.

This is Plaintiff's first request for an extension on the Reply and Opposition, which is necessary due to workloads and the extended weekend for Labor Day. Philadelphia has no opposition to Plaintiff's request for these extensions.

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 30th day of August 2018.

| FORAN GLENNON PALADECH PONZI & RUDLOFF, PC | HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON |
|---|---|
| /s/ Casey G. Perkins, (with permission) | /s/ Michael R. Ayers |
| Casey G. Perkins, Esq.<br>Nevada Bar No 12063<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052<br>Telephone: (702) 827-1510<br>Facsimile: (312) 863-5099<br>Email: cperkins@fgppr.com<br>*Attorneys for Defendant Philadelphia Indemnity Insurance Company* | Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>800 S. Meadow Parkway, Suite 800<br>Reno, NV 89521<br>Tel: 775-851-8700<br>Fax: 775-851-7681<br>Email: mayers@nevadafirm.com<br>*Attorneys for Plaintiff Argent Preparatory Academy f/k/a Silver State Charter Schools* |

**ORDER**

IT IS SO ORDERED:

Dated: September 4, 2018

_____
UNITED STATES DISTRICT JUDGE

2

300633280v1 1002919

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested, in this action. On this date, I caused to be served a true and correct copy of the foregoing STIPULATION AND ORDER EXTENDING DEADLINE FOR ARGENT PREPARATORY ACADEMY f/k/a SILVER STATE CHARTER SCHOOLS TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND TO FILE ITS OPPOSITION TO DEFENDANT'S COUNTERMOTION FOR SUMMARY JUDGMENT by the method indicated:

_____ U.S. Mail

_____ Facsimile Transmission

\_\_XXX\_\_ Electronic Filing via EC/CMF electron

Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
Two Renaissance Tower
One North Central Avenue, 18th Floor
Phoenix, AZ 85004
Email: asamberg@fgppr.com

Casey G. Perkins, Esq.
Nevada Bar No 12063
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Email: cperkins@fgppr.com

/s./ Susan Matejko
An Employee of HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON

300633280v1 1002919