1  Amy M. Samberg, Esq.
   Nevada Bar No. 10212
2  FORAN GLENNON PALANDECH
   PONZI & RUDLOFF PC
3  Two Renaissance Tower
   One North Central Avenue, 18th Floor
4  Phoenix, AZ 85004
   Telephone: (602) 777-6230
5  Facsimile: (312) 863-5099
   Email: asamberg@fgppr.com

6
   Casey G. Perkins, Esq.
7  Nevada Bar No 12063
   FORAN GLENNON PALANDECH
8  PONZI & RUDLOFF PC
   2200 Paseo Verde Parkway, Suite 280
9  Henderson, NV 89052
   Telephone: (702) 827-1510
10 Facsimile: (312) 863-5099
   Email: cperkins@fgppr.com

*Attorneys for Philadelphia Indemnity Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARGENT PREPARATORY ACADEMY f/k/a/ SILVER STATE CHARTER SCHOOLS<br><br>Plaintiffs,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurance business corporation; and DOES I through XX,<br><br>Defendants. | Case No. 3:18-cv-00134-AMMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND THE DATE FOR PHILADELPHIA INDEMNITY INSURANCE TO FILE ITS REPLY IN SUPPORT OF ITS COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Argent Preparatory Academy f/k/a Silver State Charter Schools and Defendant Philadelphia Indemnity Insurance Company, by and through the parties' respective counsel, pending the Court's approval, that the date for Defendant to file its Reply in Support of its Countermotion for Summary Judgment (ECF No. 19) to October 8, 2018.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052

Pending the Court's approval, counsel for Plaintiff's has graciously agreed to a 1-week extension, from the current deadline of October 1, 2018 to October 8, 2018. The Countermotion was filed on August 20, 2018 and Plaintiff's Opposition (ECF No. 26) was filed on September 17, 2018. This request is the first request for an extension of the subject deadline, and is made primarily in light of defense counsel's extensive travel schedule between September 17, 2018 and October 1, 2018, including travel related to deposition discovery in other matters pending in this District and will ensure sufficient time for Philadelphia to fully address the issues raised in Plaintiff's Opposition.

The parties respectfully request that this Court approve the foregoing stipulation.

DATED: September 26, 2018

HOLLY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

By: __/s/ *Michael R. Ayers, Esq.*___
Richard F. Holley, Esq.
Clark V. Vellis, Esq.
F. Thomas Edwards, Esq.
Michael R. Ayers, Esq.
800 S. Meadows Parkway
Reno, NV 89521

*Attorneys for Plaintiff*

DATED: September 26, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _/s/ *Casey G. Perkins, Esq.*___
Amy M. Samberg, Esq.
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004

Casey G. Perkins, Esq.
2200 Paseo Verde Parkway, Ste. 280
Henderson, NV 89052

*Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 26th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE