Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: (602) 926-9880
Facsimile: (312) 863-5099
Email: asamberg@fgppr.com

Dylan P. Todd, Esq.
Nevada Bar No 10456
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099
Email: dtodd@fgppr.com

*Attorneys for Philadelphia Indemnity Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARGENT PREPARATORY ACADEMY f/k/a/ SILVER STATE CHARTER SCHOOLS<br><br>Plaintiffs,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania insurance business corporation; and DOES I through XX,<br><br>Defendants. | Case No. 3:18-cv-00134-MMD-WGC<br><br>ORDER GRANTING<br><br>**MOTION TO SUBSTITUTE** |

NOTICE IS HEREBY GIVEN to the Court and all parties that attorney Casey G. Perkins, Esq. is no longer associated with the law firm of Foran Glennon Palandech Ponzi & Rudloff PC. Dylan P. Todd, Esq. of the law firm of Foran Glennon Palandech Ponzi & Rudloff PC enters his appearance in the case and will continue as counsel for Defendant Federal Insurance Company.

Please directly all future correspondence and court documents to Mr. Todd at the above address.

DATED this 20th day of February 2019.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: __/s/ Dylan Todd_____
Amy M. Samberg, Esq.
NV Bar No. 10212
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004

Dylan P. Todd, Esq.
NV Bar No. 10456
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Philadelphia Indemnity Insurance Company*

IT IS SO ORDERED.

DATED: February 21, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested, in this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO SUBSTITUTE** by the method indicated:

_____         U.S. Mail

_____         Facsimile Transmission

\_\_XXX\_\_\_       Electronic Filing via EC/CMF electronic system

and addressed to the following:

Richard F. Holley, Esq.
Clark V. Vellis, Esq.
F. Thomas Edwards, Esq.
HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
800 s. Meadows Parkway
Reno, Nevada 89521

*Attorneys for Plaintiffs*

DATED:   February 20, 2019.

                                                        /s/ Rita Tuttle
                                         An Employee of Foran Glennon